1  PATRICK J. MURCH
   Nevada Bar No. 10162
2  S. SCOTT GREENBERG
   Nevada Bar No. 4622
3  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
4  5100 West Sahara Avenue
5  Las Vegas, Nevada 89146
   Tel: (702) 799-5373
6  Fax: (702) 799-5505
7  pmurch@interact.ccsd.net
   *Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRK ALEXANDER CURLS, | CASE NO.: 2:16-cv-00979-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS [ECF NO. 23]** |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | **(First Request)** |

Kirk Curls and the Clark County School District stipulate and agree that the deadline for Curls to file a response to the School District's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 23], currently set for September 25, 2017, may be extended to October 2, 2017, in order to allow Curls sufficient time to prepare his response.

No previous requests to extend the time for Curls to respond to the School District's motion have been made or granted.

Dated: September 20, 2017.                      Dated: September 20, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _/s/ Patrick J. Murch_                      _/s/ Kirk A. Curls_
Patrick J. Murch (#10162)                       Kirk Alexander Curls
S. Scott Greenberg (#4622)                      5 Quail Forest Drive
5100 West Sahara Avenue                         Savannah, Georgia 31419
Las Vegas, Nevada 89146
*Attorneys for Clark County School District*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 9/20/2017