JASON A. CLOSE, ESQ.
Nevada Bar No.: 13674
CLOSE LAW GROUP
2831 Saint Rose Pkwy Ste. 240
Henderson, NV 89052
Phone: (702) 983-4254
Fax: (702) 924-4645
E-Mail: Jason@CloseLawGroup.com

PHILIP J. TRENCHAK, ESQ.
Nevada Bar No.: 9924
THE LAW OFFICE OF PHILIP J TRENCHAK, ESQ.
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Telephone: (702) 476-5101
Fax: (702) 476-5158
E-Mail: phil@trenchacklaw.com

*Attorneys for Plaintiff Kirk Alexander Curls*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRK ALEXANDER CURLS, Individually<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:16-cv-00979-JAD-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION**<br>**(First Request)** |

Pursuant to the Court's Order (ECF No. 33), an Early Neutral Evaluation Session in this matter is currently scheduled for Thursday, February 22, 2018 at 9:00 a.m. Written evaluation statements are currently due Thursday, February 15, 2018 to the Judge's chambers. Plaintiff, who was appearing *pro se*, just retained counsel who requires reasonable time to prepare Plaintiff's evaluation statement.

Accordingly, the parties, by and through their respective counsel of record, do hereby stipulate and agree to reschedule the Early Neutral Evaluation Session in this matter, as well as the applicable deadline for submission of the written evaluation statements.

. . .

1

The parties propose the Early Neutral Evaluation Session occur on **Friday, March 30, 2018 at 9:00 AM**, and that submission of the written evaluation statements be due one week earlier, on Friday March 23, 2018. Any request for an exception to the Order's (ECF No. 33) attendance requirements must be promptly filed and served on all parties, however, no later than at least fourteen (14) days prior to the settlement conference. All else as stated in the Order (ECF No. 33) scheduling the ENE remains unchanged.

This request to reschedule the Early Neutral Evaluation Session is the first such request made by the parties. The request is made in good faith and not for the purpose of delay.

| DATED this 1st day of February, 2018. | DATED this 1st day of February, 2018. |
|---|---|
| CLOSE LAW GROUP | CLARK COUNTY SCHOOL DISTRICT |
| ___/s/ Jason A. Close___<br>Jason A. Close, Esq.<br>Nevada Bar No.: 13674<br>2831 Saint Rose Pkwy Ste 240<br>Henderson, NV 89052<br>Phone: (702) 983-4254<br>Fax: (702) 924-4645<br>E-Mail: Jason@CloseLawGroup.com | _/s/ S. Scott Greenberg (w/ perm.)___<br>Patrick J. Murch (SBN #10162)<br>S. Scott Greenberg (SBN #4622)<br>Office of the General Counsel<br>5100 West Sahara Ave.<br>Las Vegas, NV 89146<br><br>*Attorneys for Clark County School Dist.* |
| Philip J. Trenchak, Esq.<br>Nevada Bar No.: 9924<br>1212 S. Casino Center Blvd.<br>Las Vegas, NV 89104<br>Telephone: (702) 476-5101<br>Fax: (702) 476-5158<br>E-Mail: phil@trenchaklaw.com | |
| *Attorneys for Plaintiff Kirk Alexander Curls* | |

**IT IS SO ORDERED:**

_____*George Foley Jr.*_____

UNITED STATES MAGISTRATE JUDGE

DATED:__2/02/2018_____

2