|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| Kirk Alexander Curls, | | Case No.: 2:16-cv-0979-JAD-PAL |
| Plaintiff | | |
| v. | | **Order Denying Motions to Strike** |
| Clark County School District, | | **[ECF Nos. 30, 39, 40, 41]** |
| Defendant | | |

On September 11, 2017, the Clark County School District filed a motion to dismiss Kirk Alexander Curls's employment lawsuit.[1] The four-page motion has since spawned two motions to strike, a motion for leave to file a surreply, and a stipulation to extend time to respond to that surreply request.

Perhaps because Mr. Curls represented himself through a portion of the briefing, the record has become nearly impossible to follow. Having reviewed all the submissions related to, and stemming from, the motion to dismiss, the Court finds that the most judicially economical way to ensure that all material issues raised by the motion to dismiss can be considered on their merits is to deny all pending motions except the motion to dismiss, disregard the response to the motion to dismiss and reply in support of it, and essentially order a do-over on the response and reply briefs.

Accordingly, in an exercise of the Court's inherent power to control the docket in this case, IT IS HEREBY ORDERED that:

The Motions to Strike, the Motion for Leave to File Surreply, and the Stipulation to Extend Time **[ECF Nos. 30, 39, 40, 41] are DENIED** as moot;

---

[1] ECF No. 23.

1

It is further ordered that THE COURT WILL DISREGARD the Response to the Motion to Dismiss [ECF No. 29] and the Reply in Support of the Motion to Dismiss [ECF No. 31]. The plaintiff has until June 1, 2018, to file a response to the Motion to Dismiss [ECF No. 23], and the defendant has until June 13, 2018, to file its reply in support of the Motion to Dismiss. No further briefing on these issues will be permitted.

It is further ordered that **the Court will hear the Motion to Dismiss [ECF No. 23] on July 2, 2018, at 3:00 p.m. in Courtroom 6D**.

Dated this 21st day of May, 2018.

_____
U.S. District Judge Jennifer A. Dorsey